UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| AVISTA CORPORATION, CASCADE NATURAL GAS CORPORATION, PUGET SOUND ENERGY INC., and NORTHWEST NATURAL GAS COMPANY, | NO. 2:16-CV-0335-TOR |
|---|---|
| Plaintiffs, | ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| MAIA BELLON, in her official capacity as Director of Washington State Department of Ecology, and WASHINGTON STATE DEPARTMENT OF ECOLOGY, | |
| Defendants. | |

BEFORE THE COURT is Plaintiffs' Notice of Dismissal (ECF No. 37). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 11, 2020.



THOMAS O. RICE
Chief United States District Judge